# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DENNIS LEE WEST

NO. 2025 KW 1130

**FEBRUARY 9, 2026**

---

In Re:    Dennis Lee West, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-06-0574.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

                        **MRT**
                        **KEB**
                        **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.